U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

FILED   NOV - 3 2005

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER PERCY | CIVIL ACTION |
| VERSUS | NUMBER: 05-0619 |
| N. BURL CAIN, WARDEN | SECTION: "B"(5) |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Christopher Percy is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 2nd day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____